**Fill in this information to identify your case:**

Debtor 1: Michelle Deon Lee
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Colorado

Case number (if know): 24-15482

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

**Describe the property that secures the claim:**  $ 1,983.00   $ 1,061,000.00   $ 0.00

B & B Investments
Creditor's Name

5311 Niagara St
Number   Street

Commerce City   CO   80022
City   State   ZIP Code

16480 Fairway Dr, Commerce City, CO 80022 - $1,061,000.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) _____

Last 4 digits of account number

| 2.2 | | Describe the property that secures the claim: | $ 200,000.00 | $ 1,061,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Bellco Credit Union
Creditor's Name

7600 E Orchard Rd
Number    Street
Suite 400

16480 Fairway Dr, Commerce City, CO 80022 - $1,061,000.00

Englewood  CO    80111
City       State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number**

| 2.3 | | Describe the property that secures the claim: | $ 27,648.00 | $ 29,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Chase
Creditor's Name

700 Kansas Lane
Number    Street
LA4-4022

2019 Ram Rebel - $29,000.00 Ram Rebel

Monroe  LA    71203
City    State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number**

| 2.4 | | Describe the property that secures the claim: | $ 470,000.00 | $ 636,200.00 | $ 0.00 |
|---|---|---|---|---|---|

Cornerstone Home Lending
Creditor's Name

18655 Green Valley Ranch Blvd
Number    Street

5031 N Quemoy Ct, Aurora, CO 80019 - $636,200.00

Denver  CO    80249
City    State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 311,700.00 | $ 1,340,700.00 | $ 0.00 |

**Kalamata Capital Group**
Creditor's Name
1 Blue Hill Plaza
Number        Street
#1509

Pearl River NY       10965
City        State    ZIP Code

15430 Fairway Dr, Commerce City, CO 80022 - $1,340,700.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.6 | | Describe the property that secures the claim: | $ 284,692.00 | $ 1,340,700.00 | $ 0.00 |

**Mulligan Funding LLC**
Creditor's Name
4715 Viewridge Av
Number        Street
suite 100

San Diego CA       92123
City        State    ZIP Code

15430 Fairway Dr, Commerce City, CO 80022 - $1,340,700.00
Money loaned

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 24cv030829

---

| 2.7 | | Describe the property that secures the claim: | $ 528,000.00 | $ 1,061,000.00 | $ 0.00 |

**Rushmore Servicing**
Creditor's Name
PO Box 619098
Number        Street
Dallas TX       75261
City        State    ZIP Code

16480 Fairway Dr, Commerce City, CO 80022 - $1,061,000.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** 2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 6451

### 2.8

**Shellpoint Mortgage Servicing**
Creditor's Name
**PO Box 10826**
Number         Street
**Greenville   SC        29603**
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 356,000.00   $ 414,800.00   $ 0.00

4328 Andes Way, Denver, CO 80249 - $414,800.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.9

**Shellpoint Mortgage Servicing**
Creditor's Name
**PO Box 10826**
Number         Street
**Greenville   SC        29603**
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 450,000.00   $ 563,300.00   $ 0.00

25572 E 5th Place, Aurora, CO 80018 - $563,300.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.10

**SN Servicing Corp**
Creditor's Name
**13702 Coursey Blvd**
Number         Street
**Bldg 1A**

**Baton Rouge   LA    70817**
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 1,000,000.00   $ 1,340,700.00   $ 0.00

15430 Fairway Dr, Commerce City, CO 80022 - $1,340,700.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.11 | | Describe the property that secures the claim: | $ 35,834.00 | $ 1,340,700.00 | $ 0.00 |
|---|---|---|---|---|---|

US Internal Revenue Service
Creditor's Name
PO Box 7346
Number    Street
Philadelphia PA    19101
City    State   ZIP Code

15430 Fairway Dr, Commerce City, CO 80022 - $1,340,700.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 0459

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 3,665,857.00

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Barrett Frappier & Weisserman
Creditor's Name
4004 Beltline Rd, Suite 100
Number    Street
Addison TX    75001
City    State   ZIP Code

On which line in Part 1 did you enter the creditor? 2.9
Last 4 digits of account number _____

Halliday Watkins & Mann PC
Creditor's Name
355 Union Blvd
Number    Street
Suite 250

Lakewood CO    80228
City    State   ZIP Code

On which line in Part 1 did you enter the creditor? 2.8
Last 4 digits of account number _____

Janeway Law Firm PC
Creditor's Name
9540 Maroon Circle, suite 320
Number    Street
Englewood CO    80112
City    State   ZIP Code

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number _____

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 5 of 5